UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUN 23 P 12:06

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| Damon White,<br><br>  Plaintiff,<br><br>v.<br><br>LVNV Funding LLC; Weinstock, Friedman & Friedman, P.A.; and DOES 1-10, inclusive,<br><br>  Defendant. | Civil Action No.: 1:10-cv-01162-WDQ |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Plaintiff, Damon White, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 22, 2010



"APPROVED"
Date
William D. Quarles, Jr.
United States District Judge

Respectfully submitted,
By /s/ Forrest E. Mays
Forrest E. Mays (Bar No. 07510)
2341 N Forrest Drive, Suite 90
Annapolis, MD  21403
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
ATTORNEYS FOR PLAINTIFF